IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Town of Irmo,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph T. McQuatters,<br><br>    Defendant.<br>_____<br>Joseph-Thomas McQuatters,<br><br>    Third Party Plaintiff,<br><br>vs.<br><br>Town of Irmo, SC;<br>S. Jahue Moore;<br>Kathleen Loveless;<br>James M. Epting;<br>Brian Buck;<br>J. Hendricks;<br>William P. Keesley;<br>Beth A. Carigg;<br>Jane Doe,<br><br>    Third Party Defendants,<br>_____<br>Joseph-Thomas McQuatters<br><br>    Petitioner, Third Party Intervenor,<br><br>    Real Party in Interest.<br>_____ | C/A No. 3:10-1375-CMC-PJG<br><br><br><br><br><br>**ORDER** |

  The above-captioned case was removed from the Court of Common Pleas for Richland County, South Carolina. (Docket Entry 1.) The Plaintiff in this action is a self-represented litigant.

On June 23, 2010, the court received two letters from the Plaintiff containing conflicting address information. The first letter, dated June 22, 2010, indicates that any mail intended for Plaintiff's attention should be directed to "Joseph Thomas: McQuatters, c/o 251 Mariners Row, Columbia, South Carolina State [29212]." (Docket Entry 21.) Plaintiff's second letter, also dated June 22, 2010, lists Plaintiff's name and address as "Joseph-Thomas: McQuatters, c/o P.O. Box 2267, Irmo [29063] South-Carolina." (Docket Entry 22.)

Plaintiff is hereby directed to notify the court, in writing, within seven (7) days from the date this Order is issued (plus three days for mail time), of his correct mailing address to ensure that Plaintiff will receive orders or other matters that specify deadlines. Plaintiff may designate only one address at a time to receive correspondence from the court.

Plaintiff's attention is again directed to the following important notice:

If as a result of your failure to comply with this Order, you fail to file a required document within a deadline set by a District Judge or a Magistrate Judge, your case may be dismissed for violating this Order. It is Plaintiff's duty to regularly check his mail for correspondence from the Court. Plaintiff's failure to do so will not be excused by the Court. Put this Order with your own record of this case so that you will not overlook your duty. If an attorney serves you by mail on behalf of a Defendant, you also have a duty to notify that attorney if your address is to be changed for mail purposes.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

June 30, 2010
Columbia, South Carolina